1  Daniel E. Alberti (CSB No. 68620)
   dalberti@mwe.com
2  David A. Kays (CSB No. 120798)
   dkays@mwe.com
3  **McDERMOTT WILL & EMERY LLP**
   3150 Porter Drive
4  Palo Alto, CA  94304-1212
   Telephone:   650.813.5000
5  Facsimile:   650.813.5100

6  Attorneys for Defendant
   CROWN IMPORTS LLC
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAPITAL BEVERAGE CO., CAPITAL COORS CO., and KENNETH M. ADAMSON,<br><br>Plaintiffs,<br><br>v.<br><br>CROWN IMPORTS LLC, BUTTE CREEK BREWING COMPANY, BISON BREWING COMPANY, LLC, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 2:09cv00349 JAM KJM<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND** |

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Good cause appearing therefore, Defendant's Motion is granted and, IT IS HEREBY ORDERED that the time within which Defendant Crown Imports LLC may respond to Plaintiffs' Complaint is extended to and including **March 13, 2009**.

Date: February 27, 2009

/s/ John A. Mendez
The Honorable John A. Mendez
United States District Court

CHI99 5092115-1.025309.0079

PDF created with pdfFactory trial version www.pdffactory.com